**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

|  |  |  |
|---|---|---|
| Stephen Tower, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. 1:26-cv-71-AJ |
| v. | ) | |
| | ) | |
| U.S. Department of Education and | ) | |
| Linda McMahon, in her official capacity | ) | |
| as Secretary of the Department of Education, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 42(a)(1)(A)(i), Plaintiff Stephen Tower, by and through undersigned counsel, hereby gives notice of his voluntary dismissal of this case without prejudice.

Defendants have not answered or moved for summary judgment.

Respectfully submitted,

**STEPHEN TOWER**

By his attorneys,

**SHEEHAN PHINNEY BASS & GREEN, P.A.**

Dated: March 23, 2026      /s/ Abbygale M. Dow
　　　　　　　　　　　　　　Abbygale Martinen Dow, N.H. Bar No. 272938
　　　　　　　　　　　　　　1000 Elm Street, 17th Floor
　　　　　　　　　　　　　　Manchester, NH 03101
　　　　　　　　　　　　　　(603) 627-8390
　　　　　　　　　　　　　　adow@sheehan.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day I caused a copy of the foregoing to be sent to all parties of record via first class mail at the following addresses:

United States Attorney, Civil Process Clerk
55 Pleasant Street, #352
Concord, NH 03301

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avene, NW
Washington D.C. 20530

U.S. Department of Education
400 Maryland Avenue, SW
Washington D.C. 20202

Linda McMahon, Secretary of Education
U.S. Department of Education
400 Maryland Avenue, SW
Washington D.C. 20202

Dated: March 23, 2026                    */s/ Abbygale M. Dow*
                                         Abbygale Martinen Dow